**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittany McKnight and Stevie McClinton, Defendants.

and

John Doe and Jane Doe, Respondents,

Of whom Stevie McClinton is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000958

───────────

Appeal From York County
Thomas Henry White, IV, Family Court Judge

───────────

Unpublished Opinion No. 2022-UP-068
Submitted February 9, 2022 – Filed February 10, 2022

───────────

**AFFIRMED**

───────────

Harry A. Hancock, of Columbia, for Appellant.

James Fletcher Thompson, of Thompson Dove Law Group LLC, Spartanburg, for Respondents John and Jane Doe.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Donae Alecia Minor, of Minor Law Offices LLC, of Rock Hill, for the Guardian ad Litem.

---

**PER CURIAM:**  Stevie McClinton (Father) appeals from the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Father's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.